IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.M., *a minor, by and through his parents* *A.J. and J.M.* | : | CIVIL ACTION |
| | : | |
| | : | No. 25-3083 |
| v. | : | |
| | : | |
| INTERBORO SCHOOL DISTRICT | : | |

## ORDER

AND NOW, this 14th day of January, 2026, upon parties' cross-motions for judgment on the administrative record (Dkt. Nos. 15, 16), the administrative record, and the parties' briefings, and for reasons stated in the accompanying Memorandum, it is ORDERED:

1. Plaintiffs' Motion for Judgment on the Administrative Record (Dkt. No. 15) is DENIED;

2. Defendant's Motion for Judgment on the Administrative Record (Dkt. No. 16) is GRANTED IN PART and DENIED IN PART. Defendant's Motion is GRANTED to the extent it seeks affirmance of the HO's FAPE ruling and DENIED to the extent it seeks reversal of the HO's IEE/FBA ruling;

3. The Hearing Officer's March 18, 2025 Final Decision and Order is AFFIRMED in full; and

4. Plaintiffs are a prevailing party entitled to an award of attorneys' fees and costs under 20 U.S.C. § 1415(i)(3)(B) of the Individuals with Disabilities Education Act. The parties are directed to file and brief a motion for attorneys' fees and costs.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.