IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.M., *a minor, by and through his parents*     :     CIVIL ACTION
*A.J. and J.M.*                                 :
                                                :     No. 25-3083
        v.                                      :
                                                :
INTERBORO SCHOOL DISTRICT                        :

**ORDER**

AND NOW, this 11th day of May, 2026, upon consideration of Plaintiffs' Motion for

Award of Attorneys' Fees and Costs (Dkt. No. 27), Defendant's opposition, Plaintiffs' reply, and

for the reasons stated in the accompanying Memorandum, it is **ORDERED** the Motion is

**GRANTED IN PART**. Plaintiffs are awarded **$27,158.80** in attorneys' fees and costs.

The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.